UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-61878-RAR

**AARON HOLLIS**, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

**CONTINENTAL 422 FUND LLC** d/b/a
**SPRINGS AT HAMMOCK COVE APARTMENTS**,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 10]. The Court having reviewed the Notice, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *without prejudice*. The Clerk is instructed to mark this case **CLOSED** and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of September, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record