**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CV-61878-RAR**

**AARON HOLLIS**, individually and
on behalf of all others similarly situated,

     Plaintiff,

v.

**CONTINENTAL 422 FUND LLC** d/b/a
**SPRINGS AT HAMMOCK COVE APARTMENTS**,

     Defendant.
_____/

**ORDER OF DISMISSAL**

     **THIS CAUSE** comes before the Court upon the Plaintiff's Notice of Dismissal with Prejudice [ECF No. 13]. The Court having reviewed the Notice, the record, and being otherwise fully advised in the premises, it is hereby

     **ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice* as to Plaintiff Aaron Hollis's individual claims and **DISMISSED** *without prejudice* as to the class claims. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

     **DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of November, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record